

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2019

No. 04-18-00635-CV

**IN RE E.F., J.P.V., V.J.V., AND R.J.V., CHILDREN**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice[1]
Luz Elena D. Chapa, Justice[2]
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's motion for en banc reconsideration is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court

---

[1] Dissents to the denial of the motion for en banc reconsideration.

[2] Dissents without opinion to the denial of the motion for en banc reconsideration.